(March 7, 1972)

■

■ H. E. TONY BERNARDI, Appellant, v. HOWARD S. MODLIN, as Executor of DOROTHY C. BERNARDI, Deceased, et al., Respondents.— Order of the Supreme Court, New York County, entered on July 19, 1971, granting reargument, and the judgment of said court entered on August 13, 1971, unanimously affirmed. Appeal from the original order of said court, entered on July 19, 1971, superseded by the order granting reargument, unanimously dismissed. $50 costs and disbursements are awarded to each party filing briefs, payable out of the estate. No opinion. Concur — McGivern, J. P., Markewich, Kuperman, Murphy and Tilzer, JJ.